1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  ANTHONY CLARKE,                         )   No. CV 11-6001 MMM (FFM)
                                            )
11                    Petitioner,           )   ORDER ACCEPTING FINDINGS,
                                            )   CONCLUSIONS AND
12        v.                                )   RECOMMENDATIONS OF
                                            )   UNITED STATES MAGISTRATE JUDGE
13  MATTHEW CATE, Secretary of              )
    CDCR,                                   )
14                    Respondent.           )
                                            )
15  _____)

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17  and files herein, and the Report and Recommendation of the United States Magistrate

18  Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19  with and accepts the findings, conclusions and recommendations of the Magistrate

20  Judge.

21        IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is

22  GRANTED; (2) Judgment be entered dismissing the petition without prejudice; and (3)

23  the Clerk is directed to lodge a copy of the Petition in case no. CV 10-7337.

24

25  DATED:   April 10, 2012

26

27                                          _____
                                            MARGARET M. MORROW
28                                          United States District Judge