UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CLARKE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary of CDCR,<br><br>　　　　　　Respondent. | No. CV 11-6001 MMM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  April 10, 2012

　　　　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　United States District Judge